**Order entered July 1, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00432-CV

### DALLAS COUNTY SCHOOLS, Appellant

### V.

### PAUL GREEN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09857**

## ORDER

Before the Court is Court Reporter Sheretta Martin's June 26, 2014 request for an extension of time to file the reporter's record. Ms. Martin's request is **GRANTED**. The reporter's record shall be filed on or before July 31, 2014.

/s/     ADA BROWN
        JUSTICE